**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MARCUS KOGER, Next Friend of B.K., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>GRIM RAVEN, LLC, d/b/a SKY ZONE TRAMPOLINE PARK,<br><br>Defendant. | ) | Case No.: 3:25-CV-1637-MAB<br><br>JURY TRIAL DEMANDED |

**<u>ORDER APPROVING MINOR'S SETTLEMENT AND JUDGMENT</u>**

This cause coming on for hearing on the Parties' Motion to Approve Minor's Settlement and Enter Judgment, (Doc. 38), and this Court having examined the Motion and exhibits in support, and being fully advised in the premises, the Motion is hereby GRANTED and the Court FINDS AS FOLLOWS:

1. The sole assets of the minor's estate are the proceeds from a settlement arising from alleged injuries sustained by the minor on December 30, 2024.

2. Marcus Koger is the natural father and Next Friend of the minor, B.K.

3. Kate Shields is the mother of the minor, B.K.

4. Both Marcus Koger, the minor's father and Next Friend, and Kate Shields, the minor's mother, believe this settlement is in the best interests of their son, the minor B.K., and ask this Court to approve the settlement.

5. The Court finds that Plaintiff has received valuable legal services from HIPSKIND & MCANINCH, LLC, in the representation of the Minor Plaintiff, by and through his Next Friend, and that its fees, expenses, and costs incurred are reasonable and proper.

6. Minor Plaintiff and his Next Friend are not aware of any medical liens relating to the Minor Plaintiff's treatment for his alleged injuries and shall be solely responsible for any outstanding medical bills and any other expenses or liens pertaining to this matter.

7. The Court, having reviewed the facts of the incident out of which the claim arose and having reviewed the Petition, finds the proposed settlement fair, equitable, and in the best interests of B.K., a minor.

WHEREFORE, the Court finds and orders as follows:

A. Marcus Koger and Kate Shields have or will execute a Confidential Release of Defendant;

B. The estate of the minor B. K. is under Ten Thousand Dollars and Zero Cents ($10,000.00);

   i. That upon receipt of the settlement funds, the settlement will be distributed for attorneys' fees, expenses, and outstanding medical bills as follows as set forth in Exhibits B and C of the parties' Motion (Doc. 38-2, Doc. 38-3), with the remainder to be placed in a restricted account for B.K.'s benefit that may not be withdrawn, removed, paid out or transferred to any person including the minor, except as follows:

      1. Pursuant to a court order; or
      2. Upon the minor's attainment of eighteen years of age; or
      3. At the direction of the custodian for the uniform transfer to minors account of the minor; or
      4. Upon the minor's death;

C. Each party will bear their own costs;

D. The settlement is in the best interest of the minor Plaintiff B.K.; and

E. Plaintiff, by and through his Next Friend, will file a satisfaction of judgment following receipt of the settlement proceeds.

**IT IS SO ORDERED.**

**DATED: August 19, 2026**

Mark A. Beatty

**MARK A. BEATTY**
**United States Magistrate Judge**